UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **BRANDON M. COLLINS**<br>    LA. DOC #448351 | **CIVIL ACTION NO. 16-0060**<br>**SECTION P** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **OFFICER HARGROVE, ET AL.** | **MAGISTRATE JUDGE HAYES** |

## RULING

*Pro se* Plaintiff Brandon M. Collins filed the instant civil rights complaint pursuant to 42 U.S.C. §1983. On June 3, 2016, the Magistrate Judge issued a Report and Recommendation [Doc. No. 11], recommending that the Court dismiss Plaintiff's Complaint for failure to prosecute because Plaintiff failed to comply with and/or respond to her March 17, 2016 Memorandum Order [Doc. No. 10].

On June 13, 2016, the copy of the Report and Recommendation which was mailed to Plaintiff at the Ouachita Correctional Center was returned with the notation "RTS." [Doc. No. 12].

Under Local Rule 41.3, "[t]he failure of a[] . . . pro se litigant to promptly notify the court in writing of an address change may be considered cause for dismissal for failure to prosecute when a notice is returned to the court for the reason of an incorrect address and no correction is made to the address for a period of 30 days." In this case, the copy of the Report and Recommendation was returned to the Court on June 13, 2016, and the thirty-day period has expired. As of this date, Plaintiff has made no further contact with the Court.

Thus, for these reasons, as well as those reasons stated in the Report and Recommendation of the Magistrate Judge, the Court will dismiss Plaintiff's Complaint without prejudice pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 41.3.

MONROE, LOUISIANA, this 27th day of July, 2016.

*Robert G. James*
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE